**Exhibit A to the Complaint**

**Location:** Fort Lauderdale, FL
**Total Works Infringed:** 49

**IP Address:** 98.249.245.162
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: A631F939F99AF43CF0FBACC3623D346630CE7EC2<br>File Hash: FD264EB9AB6B9650477EA4185B14DD195F7BA7740DDEEDC11857D92883AE897B | 01-17-2022 17:27:35 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |
| 2 | Info Hash: 2ABFE1DCAEC1D501F99D5CA64DA28A6C1F3FD199<br>File Hash: 6EC8DD142AA4464B4E54B42C19D4041A53FDA6C9140BA3F17AD78BEDF1B95679 | 01-17-2022 16:53:16 | Blacked | 07-17-2021 | 08-02-2021 | PA0002305089 |
| 3 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 01-17-2022 16:39:56 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 4 | Info Hash: E2BA38D564CE1B80BB4C1DDB0181EAB395E64F79<br>File Hash: 567594C66D3EB44E05CA9910A6BA3FCCA70189C1CBE7EB7E43C390AC2A12273B | 01-14-2022 17:36:09 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 5 | Info Hash: C9A467A8A65A07AA99D50240FB885BE86E8C300F<br>File Hash: BCB2155D8B58AEA2A4915E75FD4D25D88A478132E235EF742FAED3308E7AD974 | 01-14-2022 01:40:36 | Tushy | 06-10-2018 | 07-14-2018 | PA0002128387 |
| 6 | Info Hash: 5C0D8ECA7365BEE319443F580FD34AFAA8ED2835<br>File Hash: C2018683EA9532C6F7C9389AF5BC6D4E6F65B7FE41A5A5370E7EE700531F4920 | 01-13-2022 16:14:04 | Tushy | 06-30-2019 | 07-17-2019 | PA0002188300 |
| 7 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 01-13-2022 16:12:03 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 8 | Info Hash: 23CBE6A944E35157A6275B62AAC3097051A0FF54<br>File Hash: AAE0D0DE3B4C45CFF4784E94CFE3C4064820E4417F9D87874006EC01ACD20533 | 01-11-2022 12:53:23 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 16532C1256F1D8936C056A44AAECF4E274B576EB<br>File Hash: A96D177318D1B6E7045F96F5FC80064D60A1D95D1C3D2CB1273B78D2ED349D5D | 01-10-2022 21:30:16 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 10 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 01-10-2022 00:40:00 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 11 | Info Hash: 42462CE40C5D57E39D232B87E3DBB07B62BA5710<br>File Hash: 84DDAB7CE514D58FF636060BBBB0EACA9075F2B9864C4715CE27A4C7B32C426E | 01-08-2022 17:30:34 | Blacked | 05-05-2019 | 07-05-2019 | PA0002206372 |
| 12 | Info Hash: 3E0C1C5F1E26E8922045CD0C97E9A66630A50E8E<br>File Hash: C0BF3B860D0EE1CC072E8FBD4E0215028099BD326A86A63815733649C5D9FB74 | 01-08-2022 17:28:23 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 13 | Info Hash: 03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash: D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 01-08-2022 17:27:56 | Tushy | 07-25-2019 | 08-22-2019 | PA0002195515 |
| 14 | Info Hash: 4A3136B25E195764C6A5BFB40F2A05BF4D67FC78<br>File Hash: 6795789E04678B20D40454D7E8A982DB17E652E8CAF50F29E036AA400E5CC327 | 01-07-2022 20:48:00 | Blacked | 10-27-2018 | 12-10-2018 | PA0002145828 |
| 15 | Info Hash: 100B6F9C5A2944DB7DF3364E036D66FFC17BE1A1<br>File Hash: FF6772AB803402F0031BC3D14912E9E4806C794228358FCF16C55D52261F36FF | 01-05-2022 19:49:14 | Blacked Raw | 10-04-2021 | 10-19-2021 | PA0002317056 |
| 16 | Info Hash: 3DB6B513A919E0644D5F481513629394A7531A79<br>File Hash: 74F92B87D6C2F0B787AD1CCB8FF4D8F3E3447A1BA1457038E3A99C299BCBE8D5 | 01-04-2022 22:37:04 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 17 | Info Hash: 45D4AF0C0675541261833DD3255ABBED35C8CBD4<br>File Hash: 4F731D5E327C869637362FF7ADB2E22BA17083F6DCF62EB3C556EDC2FE87FE98 | 01-04-2022 22:27:04 | Blacked Raw | 12-20-2018 | 01-22-2019 | PA0002147906 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash: 66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 01-04-2022 22:12:04 | Blacked Raw | 10-25-2021 | 11-11-2021 | PA0002321278 |
| 19 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 01-04-2022 22:11:50 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 20 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 01-04-2022 22:11:21 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 21 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 01-04-2022 22:11:09 | Vixen | 05-09-2019 | 06-03-2019 | PA0002178768 |
| 22 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 01-04-2022 22:07:35 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 23 | Info Hash: A37E9DED6FFDC1AB0B1F1E3FAE29FED1AAD831B0<br>File Hash: 08D845E44E6C504024335E5594371172A1973617744D6A2F7E95B589D217464E | 01-04-2022 22:01:00 | Tushy | 05-07-2021 | 06-09-2021 | PA0002295578 |
| 24 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash: FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01-04-2022 08:50:05 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 25 | Info Hash: EF2349939932F59F0DACEEBFE9B0A4844286330D<br>File Hash: CAAAE092367BEF637A8D91E4C469594AED615950E29018B784AD7C441E5FF8F1 | 01-03-2022 06:39:12 | Tushy | 01-26-2020 | 02-20-2020 | PA0002237626 |
| 26 | Info Hash: 2BF966F2EC01906FE193276483DABBD26841E7FD<br>File Hash: 6655D05CFFA84F8EC48733860A293F251E8A8BC63A827694BB700CA860659973 | 01-03-2022 05:39:57 | Tushy | 06-07-2020 | 06-25-2020 | PA0002255506 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 8964815B3EE407A3EBFECD69C9A66DF0EFAA05A3<br>File Hash: A404C4B8F66F1C6C6DA9E343BD7284ACCF468243D2AE64E4053DD9675ADF39B3 | 01-03-2022 05:37:38 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 28 | Info Hash: A4217C332CF806017EE6C8CF1E5151DFF8833788<br>File Hash: A5C5CCE866EC37B20892846DE00B32E7F46D3E3BCED9E20695DD1B57A161F291 | 01-03-2022 05:23:26 | Blacked Raw | 05-10-2021 | 06-15-2021 | PA0002296920 |
| 29 | Info Hash: 815221A9038E449E44DF773A5E20B0787600FE48<br>File Hash: 12D5DC22D527E069A7F081060B804D0E5B7858303156C691C1BDFBC107D9DC83 | 01-03-2022 05:22:07 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 30 | Info Hash: 49AA44C17AB7EF7E8DEAD2ABEB7DAFCCA9BDE2CC<br>File Hash: 33CF0352EB90E38E8DEE767FB8FB8AB2662318B2A0C3BE6523EF801D48D4C014 | 01-02-2022 18:39:17 | Blacked | 01-01-2022 | 01-17-2022 | PA0002330118 |
| 31 | Info Hash: 44B4AD7A047450E82E78476BCCB6F743AF7FA21A<br>File Hash: E48373889E5E612D0D275BAC65055D7D7DD02A206477BFBFBB7A7BD185C34BDF | 01-01-2022 18:00:43 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 32 | Info Hash: 26F269F82BF4AF38796C34064B2D737E30E457D3<br>File Hash: E1896FBFC5152E1C2CFC9AA8D19C66FE0AE7A5DE961DBA58DCDA0D27E7F88D49 | 01-01-2022 17:58:12 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 33 | Info Hash: 9E7AA349F9E117314933CEDB885EF0A70E02E141<br>File Hash: 2D195DA4D1606207CE53490B5D0226D1B35671FE537BC7EFC496A557600DA514 | 12-31-2021 15:13:18 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 34 | Info Hash: C60F238231FA7D72F30AD0AC8AEE75366CE5E5E8<br>File Hash: 86718A831FFFC7E5DB83BC490E1467BCC568C94B6FBF1B32F074F50FABE991C6 | 12-30-2021 18:10:02 | Blacked | 02-09-2019 | 03-11-2019 | PA0002158599 |
| 35 | Info Hash: 7054652C3A1756B1D4B48572E12896AEA1D14296<br>File Hash: A4C245DA7141B84750664EA8097CD2E42D79470052B632D1907A68EA4251B0DE | 12-30-2021 18:09:35 | Tushy | 06-14-2020 | 06-25-2020 | PA0002255507 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3D04CB0CE738558A4622603B3D95E3CC65FA5DA4<br>File Hash: 659ADF72BD7D1D3287E75B65E5A79BF5D3296FB6625F0D71AB979FDFB525BD69 | 12-30-2021 17:29:31 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 37 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash: CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-28-2021 22:32:32 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 38 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash: 641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 12-28-2021 15:01:12 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 39 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 12-28-2021 14:59:02 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 40 | Info Hash: 7C0532F2B77A12F36AF10091D6D41B1ECE334A54<br>File Hash: E8A6D2271366D4F6D1C8D94B700175AE3A2915F891D3C20A077FD4E08C9848A7 | 12-28-2021 14:55:10 | Blacked | 06-12-2021 | 07-08-2021 | PA0002300659 |
| 41 | Info Hash: 32E09D6A5978F499397CCFFAB8C889951CF3BF94<br>File Hash: EADF62816A0B33E9DCC505156847A93771275B747B14A6DBC5154D2ED41A2C04 | 12-27-2021 21:18:43 | Blacked | 05-01-2021 | 06-09-2021 | PA0002295604 |
| 42 | Info Hash: 8DE7C4776944AE40907E75898B99D0EC6B3186CB<br>File Hash: B0BEAD5CFB47D00BA746AFCB65E581AA8A28D6A99283C9CB8E3776828F2D22BD | 12-26-2021 18:02:34 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 43 | Info Hash: AC0D6DB5C1BFA1C878C0CB39E540711FD9D0329B<br>File Hash: 7FBF72A8572F656BD3105990E36D3952FEA247E0D5743D1213B53B9186420259 | 12-26-2021 18:01:28 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |
| 44 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash: A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 12-26-2021 17:48:17 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash: 6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 12-26-2021 06:02:43 | Tushy | 05-16-2019 | 07-05-2019 | PA0002206381 |
| 46 | Info Hash: A4F32B9E35B11D245A89EFB3BC49DF3C307DBC4C<br>File Hash: 4EB9FCBEBC376A05C29B4F19D8073EB83169AC9893DBF6B4C8555D270A41F5F8 | 12-25-2021 22:06:43 | Vixen | 07-02-2021 | 08-20-2021 | PA0002312015 |
| 47 | Info Hash: 8185B581B0DD8D8BB70C5D458DB4C374B49353B1<br>File Hash: 1F4409E86A98263BD34267B242C67DA85F665AFF65FEBB8F925DAC4F30BE6C9B | 12-25-2021 22:02:47 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 48 | Info Hash: 605C9418209F27737FD241EF51A32CBFABAAB038<br>File Hash: 829D6412707F891385AF6D5D9F69B5AD482B7B98A9A32076BD46AF58D55F6B74 | 12-25-2021 19:59:41 | Vixen | 03-25-2019 | 04-16-2019 | PA0002187577 |
| 49 | Info Hash: BCE2AD0D287B7AB4EEA8B5DE2070732BB4778DC4<br>File Hash: 2E705076CA8A761D57716667E1817851B9507396810780DAC189407233DAFB53 | 12-25-2021 16:33:00 | Vixen | 12-05-2017 | 01-04-2018 | PA0002097413 |